RONALD J. COOK, SBN - 121398
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Plaintiff
OAK POINT PARTNERS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OAK POINT PARTNERS, INC.** | **CASE NO.: 5:11-cv-03328-LHK** |
| Plaintiff, | **[*PROPOSED*] ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO OPPOSE TO DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| **DR. HOLGER LESSING** *not individually but only in his capacity as the insolvency administator in chage of the assets of Exodus Communications GmbH* | |
| Defendant. | |

Plaintiff's administrative motion to extend the time for Plaintiff Oak Point Partners, Inc. ("Plaintiff") to file an opposition to Defendant Dr. Holger Lessing's ("Defendant") Motion to Dismiss is hereby granted. Plaintiff shall file an opposition to Defendant Motion to Dismiss no later than December 11, 2012. Defendants reply shall be filed no later than by December 26, 2012.

IT IS SO ORDERED.

DATED: November 28, 2012

_____
HONORABLE LUCY KOH
UNITED STATES DISTRICT COURT JUDGE

2223.11728C

- 1 -

[PROPOSED] ORDER