UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OAK POINT PARTNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. HOLGER LESSING, NOT INDIVIDUALLY, BUT ONLY IN HIS CAPACITY AS THE INSOLVENCY ADMINISTRATOR IN CHARGE OF THE ASSETS OF EXODUS COMMUNICATIONS GMBH, <br><br> Defendant. | Case No.: 11-CV-03328-LHK <br><br> ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE |

On May 20, 2013, the Court received Notice that the U.S. Bankruptcy Court for the Northern District of California, San Jose Division, the Honorable Arthur S. Weissbrodt presiding, entered an Order Pursuant to 11 U.S.C. §§ 1504, 1515, 1517, and 1520 Recognizing Foreign Main Proceeding and Foreign Representative (the "Bankruptcy Court's Order") in the matter of *In re Exodus Communications, GmbH*, Case No. 5:13-BK-52147-ASW. *See* ECF No. 77. The Bankruptcy Court's Order automatically stays the instant action, pursuant to 11 U.S.C. § 1520(a). Accordingly, the instant action is STAYED pending resolution of Defendant's Petition before the Bankruptcy Court.

1

Case No.: 11-CV-03328-LHK
ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

To manage its docket, the Court finds good cause to administratively close this case while the stay is in effect. Any party may seek to lift the stay and reopen the case after the bankruptcy proceedings have been resolved.

The Clerk shall administratively close this file.

**IT IS SO ORDERED.**

Dated: May 29, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge